**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ALPHONSO JENNINGS,**

    **Plaintiff,**

vs.                                                **Case No.: 2:17-cv-328
JUDGE GEORGE C. SMITH
Magistrate Judge Jolson**

**JPAY INC.,**

    **Defendant.**

## ORDER

On September 8, 2017, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Motion to Vacate be denied. (*See Report and Recommendation*, Doc. 11). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Motion to Vacate is **DENIED.** This case shall remain closed.

The Clerk shall remove Documents 10 and 11 from the Court's pending motions list.

    **IT IS SO ORDERED**.

                                      */s/ George C. Smith*
                                      **GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**